UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIAM WIGGINS**                                               **CIVIL ACTION**

**VERSUS**                                                        **NO. 06-10813**

**HUBERT A. VONDENSTEIN, ET AL.**                                 **SECTION: "I"(3)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, William Wiggins, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this ____24th____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE